NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Hinkle Law Firm
L. Christopher Hinkle (225302)
484 Mobil Ave., Ste. 17
Camarillo, CA 93010
Ph. (805) 437-1712
Fax. (805) 437-1725



FILED
12 AUG -6 PM 12: 56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

ATTORNEYS FOR: Plaintiff Gabriel Amaro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GABRIEL AMARO, an individual, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV12-06735 VBK |
| v. | |
| The City of San Buenaventura, The San Buenaventura Police Department, Officer Eric Jackson, and Does 1-10, Inclusive | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Gabriel Amaro
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| The City of San Buenaventura | Defendant |
| The San Buenaventura Police Department | Defendant |
| Officer Eric Jackson | Defendant |

_8/2/12_                         _/s/ (signature)_
Date                              Sign

L. Christopher Hinkle For Plaintiff
Attorney of record for or party appearing in pro per

CV-30 (04/10)                   NOTICE OF INTERESTED PARTIES