ARIEL PIERRE CALONNE, State Bar No. 110268
acalonne@ci.ventura.ca.us
City Attorney
ANDY H. VIETS, State Bar No. 127089
aviets@ci.ventura.ca.us
Senior Assistant City Attorney
CITY OF SAN BUENAVENTURA
501 Poli Street
Post Office Box 99
Ventura, California 93002-0099
Telephone: (805) 654-7818
Facsimile: (805) 641-0253

Attorneys for Defendants
CITY OF SAN BUENAVENTURA (erroneously sued herein as separate defendants "The City of San Buenaventura" and "The San Buenaventura Police Department"), and OFFICER ERIC JACKSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AMARO, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF SAN BUENAVENTAURA, THE SAN BUENAVENTURA POLICE DEPARMENT, OFFICER ERIC JACKSON, and DOES 1 – 10, Inclusive,<br><br>        Defendants. | Case No.: CV12-06735-VBK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served:**        August 23, 2012<br>**Current response date:** September 12, 2012<br>**New response date:**     October 12, 2012 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Pursuant to Local Rule 8-3, plaintiff GABRIEL AMARO, by and through his attorneys of record, Hinkle Law Firm, and defendants CITY OF SAN BUENAVENTURA and OFFICER ERIC JACKSON, by and through their attorneys of

1

record, the Office of the City Attorney of the City of San Buenaventura, hereby stipulate to extend the date by which defendants CITY OF SAN BUENAVENTURA and OFFICER ERIC JACKSON are required to answer or otherwise respond to the plaintiff's Complaint to and including October 12, 2012.

Dated: August 31, 2012

OFFICE OF THE CITY ATTORNEY
CITY OF SAN BUENAVENTURA

By: _____
Andy H. Viets
Senior Assistant City Attorney
Attorneys for Defendants
CITY OF SAN BUENAVENTURA
and OFFICER ERIC JACKSON

Dated: August ____, 2012

HINKLE LAW FIRM

By: _____
L. Christopher Hinkle
Attorney for Plaintiff
GABRIEL AMARO

1  record, the Office of the City Attorney of the City of San Buenaventura, hereby
2  stipulate to extend the date by which defendants CITY OF SAN BUENAVENTURA
3  and OFFICER ERIC JACKSON are required to answer or otherwise respond to the
4  plaintiff's Complaint to and including October 12, 2012.

Dated: August ___, 2012

OFFICE OF THE CITY ATTORNEY
CITY OF SAN BUENAVENTURA


By: _____
    Andy H. Viets
    Senior Assistant City Attorney
    Attorneys for Defendants
    CITY OF SAN BUENAVENTURA
    and OFFICER ERIC JACKSON


Dated: August 31, 2012

HINKLE LAW FIRM

By: _____
    L. Christopher Hinkle
    Attorney for Plaintiff
    GABRIEL AMARO