**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

| Case No.: | CV 12-6735 PSG (MRWx) | Date: | September 20, 2012 |
|---|---|---|---|
| Title: | Gabriel Amaro -vs- City of San Buenaventura et al | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| **Irene Ramirez** | **Not Reported** | **N/A** |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Not Present**    **Not Present**

Proceedings (In Chambers):    **CASE TRANSFERRED TO JUDGE GUTIERREZ**

    **PLEASE BE ADVISED** that this action has been reassigned to the Honorable Philip S. Gutierrez, United States District Judge. Accordingly, please substitute the initials **PSG** in place of the initials **VBK**. It is imperative that the initials PSG be used on all documents to prevent any delays in processing of documents.

    The Courtroom is located on the 8th floor of the Roybal Federal Building, Courtroom 880. Additional information about Judge Gutierrez may be found on the Court's website at *www.cacd.uscourts.gov*.

    Please be advised that mandatory chambers copies of all electronically filed documents must be delivered to Courtroom 880 the following business day before Noon. Copies shall include the E-Filed Header and/or the E-Filing Confirmation sheet. Failure to comply may result in the imposition of monetary sanctions. In addition, all proposed orders must be electronically mailed in WordPerfect or Microsoft Word to the Judge's generic e-mail address at: *psg_chambers@cacd.uscourts.gov*.

    Lastly, please review the Judge's Closed Motion Dates located on the website **before** noticing a motion for hearing as hearing dates are not reserved. Failure to comply, may result in the motion being stricken from the record and/or in the imposition of monetary sanctions.

Initials of Preparer    IR