ARIEL PIERRE CALONNE, State Bar No. 110268
acalonne@ci.ventura.ca.us
City Attorney
ANDY H. VIETS, State Bar No. 127089
aviets@ci.ventura.ca.us
Senior Assistant City Attorney
CITY OF SAN BUENAVENTURA
501 Poli Street
Post Office Box 99
Ventura, California 93002-0099
Telephone: (805) 654-7818
Facsimile: (805) 641-0253

Attorneys for Defendants
CITY OF SAN BUENAVENTURA (erroneously sued herein as separate defendants "The City of San Buenaventura" and "The San Buenaventura Police Department") and OFFICER ERIC JACKSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AMARO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SAN BUENAVENTAURA, THE SAN BUENAVENTURA POLICE DEPARMENT, OFFICER ERIC JACKSON, and DOES 1 – 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV12-06735-PSG<br><br>**FEDERAL RULES OF CIVIL PROCEDURE 26(f) REPORT**<br><br>*Scheduling Conference*<br><br>Date: February 11, 2013<br>Time: 2:00 pm<br>Dept: 880 (Roybal) |

TO THE COURT:

　　Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1 and the Court's Order Setting Scheduling Conference, plaintiff GABRIEL AMARO, by and through his attorneys of record, L. Christopher Hinkle, and defendants CITY OF SAN

BUENAVENTURA and OFFICER ERIC JACKSON, by and through their attorneys of record, the Office of the City Attorney of the City of San Buenaventura, hereby submit the following FRCP 26(f) Report (including information required by Local Rule 26-1 and the Court's Order Setting Scheduling Conference).

### FRCP 26(f)(3) DISCOVERY PLAN

**A.  The FRCP 26(a)(1) Initial Disclosures**

The initial disclosures required by FRCP(a)(1) will be made by December 17, 2012.

**B.  Discovery**

Discovery is required regarding all issues in this case, including, but not limited to, the plaintiff's liability and damages claims, and the defendant's denials and affirmative defenses. Written discovery will be served by January 22, 2013. Medical records subpoenas will be issued by March 4, 2013. It is anticipated that the parties will be prepared to conduct depositions in May and June, 2013. Independent medical examinations (orthopedic and psychiatric) will be done in the same time frame. It is anticipated that expert disclosures will be made in July, 2013.

**C.  Electronically Stored Information**

It is unknown at this time whether there are any significant electronically stored information issues involved in this case.

**D.  Privilege Issues**

It is anticipated that privilege issues may be raised regarding police personnel and investigation records.

**E.  Discovery Limitations**

It is unknown at this time whether any changes should be made to the FRCP limitations on discovery.

**F.  Other Orders**

The defendants anticipate filing a motion for summary judgment pursuant to FRCP 56. It is anticipated that the defendants will be prepared to file such a motion in

July, 2013 with a hearing date in August, 2013. Both sides anticipate that discovery motions may also be necessary.

## LOCAL RULE 26-1 CONFERENCE OF PARTIES REPORT

(a)  **Complex Cases** – This is not a complex case requiring the procedures of the Manual for Complex Litigation.

(b)  **Motion Schedule** -- The defendants anticipate filing a motion for summary judgment pursuant to FRCP 56. It is anticipated that the defendants will be prepared to file such a motion in July, 2013 with a hearing date in August, 2013. Discovery motions may also be necessary.

(c)  **Settlement** -- The parties have selected Settlement Procedure No. 2; see the concurrently submitted "Request: ADR Procedure Selection" form (ADR-01) and "Order / Referral to ADR" (ADR-12).

(d)  **Trial Estimate** – Five to seven days.

(e)  **Additional Parties** – No additional parties are currently anticipated.

(f)  **Expert Witnesses** – Both sides anticipate using medical and police practices experts.

Dated: December 11, 2012

OFFICE OF THE CITY ATTORNEY
CITY OF SAN BUENAVENTURA

By: _____
Andy H. Viets
Senior Assistant City Attorney
Attorneys for Defendants
CITY OF SAN BUENAVENTURA
and OFFICER ERIC JACKSON

Dated: December ____, 2012

HINKLE LAW FIRM

By:_____
L. Christopher Hinkle
Attorney for Plaintiff
GABRIEL AMARO

July, 2013 with a hearing date in August, 2013. Both sides anticipate that discovery motions may also be necessary.

## LOCAL RULE 26-1 CONFERENCE OF PARTIES REPORT

(a) **Complex Cases** – This is not a complex case requiring the procedures of the Manual for Complex Litigation.

(b) **Motion Schedule** -- The defendants anticipate filing a motion for summary judgment pursuant to FRCP 56. It is anticipated that the defendants will be prepared to file such a motion in July, 2013 with a hearing date in August, 2013. Discovery motions may also be necessary.

(c) **Settlement** -- The parties have selected Settlement Procedure No. 2; see the concurrently submitted "Request: ADR Procedure Selection" form (ADR-01) and "Order / Referral to ADR" (ADR-12).

(d) **Trial Estimate** – Five to seven days.

(e) **Additional Parties** – No additional parties are currently anticipated.

(f) **Expert Witnesses** – Both sides anticipate using medical and police practices experts.

Dated: December ___, 2012

                          OFFICE OF THE CITY ATTORNEY
                          CITY OF SAN BUENAVENTURA

                          By: _____
                          Andy H. Viets
                          Senior Assistant City Attorney
                          Attorneys for Defendants
                          CITY OF SAN BUENAVENTURA
                          and OFFICER ERIC JACKSON

Dated: December 3, 2012          HINKLE LAW FIRM

                          By: _____
                          L. Christopher Hinkle
                          Attorney for Plaintiff
                          GABRIEL AMARO