Name, Address and Telephone Number of Attorney(s):

Andy H. Viets, SBN 127089
Office of the City Attorney
501 Poli Street
Ventura, CA 93001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AMARO | CASE NUMBER |
| | CV12-06735-PSG |
| v.  Plaintiff(s) | |
| THE CITY OF SAN BUENAVENTURA, et al. | REQUEST: ADR PROCEDURE SELECTION |
| Defendant(s). | |

Pursuant to Civil L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
   ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 12/3/12

_____
Attorney for Plaintiff Gabriel Amaro

Dated: _____

_____
Attorney for Plaintiff

Dated: 12/11/12

_____  Sr. Asst. City Att.
Attorney for Defendant City of San Buenaventura

Dated: 12/11/12

_____  Sr. Asst. City Att.
Attorney for Defendant Erick Jackson

NOTE: If additional signatures are required, attach an additional page to this request.

12/10/2012 12:05  8054371725  HINKLE  PAGE 02/05