### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**cc: ADR Program**

Case Number:   _2:12–cv–06735–PSG–MRW_                    DATE:  _2/4/2013_
Title:  _GABRIEL AMARO V. CITY OF SAN BUENAVENTURA ET AL_

Present: The Honorable  _Philip S. Gutierrez, United States District Judge_

Deputy Clerk:   _Wendy K. Hernandez_
Court Reporter:   _N/A_

|                 Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not present |

PROCEEDINGS: **VACATING SCHEDULING CONFERENCE**

     PLEASE TAKE NOTICE that the Scheduling Conference set for hearing on 02/11/13 is hereby **vacated and taken off calendar**. On the Court's own motion, the following dates are hereby set. Counsel are directed to review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties &Amend Pleadings:<br> (Doe defendants are dismissed as of cut–off to add parties) | 3/4/2013 |
| Discovery Cut–Off: | 7/30/2013 |
| Last Day to File Motion: | 8/13/2013 |
| Opening Expert Witness Disclosure:<br>[See F.R.Civ.P. 26(a)(2)] | 08/06/13 |
| Rebuttal Expert Witness Disclosure: | 09/03/13 |
| Expert Discovery Cut–Off: | 09/24/13 |
| Final Pretrial Conference (2:30 p.m.): | 10/21/2013 |
| Jury Trial (9:00 a.m.): | 11/5/2013 |
| Estimated Length: | 5 days |

Initials of Preparer:_wm_